# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* <br> LISA A. LEE* <br> KRISTINA G. MURTHA* <br> THOMAS I. PULEO <br> DAVID B. FEIN* <br> BRIAN C. NICHOLAS* <br> JAIME R. ACKERMAN* <br> LAUREN BERSCHLER KARL* <br> *PA & NJ BAR | ATTORNEYS AT LAW <br> ——————— <br> SUITE 5000 <br> BNY MELLON INDEPENDENCE CENTER <br> 701 MARKET STREET <br> PHILADELPHIA, PENNSYLVANIA 19106-1532 <br> (215) 627-1322 <br> (866) 413-2311 <br> FAX (215) 627-7734 <br> <br> WWW.KMLLAWGROUP.COM | JILL P. JENKINS* <br> JOSHUA I. GOLDMAN* <br> ALYK L. OFLAZIAN* <br> COLLEEN M. HIRST* <br> PAUL W. LUONGO* <br> CAITLIN M. DONNELLY* <br> VICTORIA W. CHEN* <br> JOHN GORYL <br> MATTHEW K. FISSEL* <br> MICHAEL J. CLARK* <br> NICHOLAS J. ZABALA* <br> REBECCA A. SOLARZ* <br> NORA C. VIGGIANO* <br> MATTHEW J. MCCLELLAND <br> DENISE CARLON <br> CHRISTOPHER FORD |

March 9, 2017

Honorable Christopher C. Connor
United States District Court
Middle District of Pennsylvania

RE: THE UNITED STATES OF AMERICA vs. YVONNE D. WESTON
       Docket #17-00209

Dear Judge Connor:

       Pursuant to your request, the status of the above-mentioned case, is such that the summons and filed complaint were sent to this office on or about February 3, 2017. Per Fed.R.Civ.P. 4(d), we sent a waiver of service to the Defendant on February 9, 2017 and have allowed the party 30 days to return the waiver.

       Your Honor's consideration in this matter is greatly appreciated.

                                   Respectfully yours,

                                   KML LAW GROUP, P.C.

                                   Thomas I. Puleo, Esq.

cc:
       YVONNE D. WESTON