# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

**v.**

YVONNE D. WESTON, ET AL,

**Defendant (Respondent)**

CASE and/or DOCKET No.: 17-00209

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served YVONNE D. WESTON the above process on the 16 day of March, 2017, at 8:00 o'clock, PM, at 34 HORIZON DRIVE FREDERICKSBURG, PA 17026, County of Lebanon, Commonwealth of Pennsylvania:

**Manner of Service:** ✓

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _51-55_  Height _5'4_  Weight _140_  Race _WHITE_  Sex _FEMALE_  Hair _BLONDE_

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ )
                              ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared ___Jeffrey Clohessy___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-166465
Case ID #:4833843

Subscribed and sworn to before me
this _20_ day of _MAR_, 20 _17_.

_____

COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017