## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>YVONNE D. WESTON<br>Defendant | Civil Action No: 17-00209 |

## DEFAULT

AND NOW, this _13th_ day of _April_, 2017, default is hereby entered against defendant, YVONNE D. WESTON for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

Peter J. Welsh, Acting

_____
Clerk, U.S. District Court

_____
Deputy Clerk