

Case Number: 1:17-cv-00209-CCC Document Number: 18 User: KI Printed: 12/8/2017 1:47:00 PM

Yvonne W. Weston
34 Horizon Drive
Fredericksburg, PA 17026-9628