# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVL ACTION NO. 1:17-CV-209** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **YVONNE D. WESTON,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 11th day of July, 2018, upon consideration of the Schedule of Distribution (Doc. 20), as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 34 Horizon Drive Fredericksburg, PA 17026-9628, and approving and confirming the U.S. Marshal's Sale of the Property, it is hereby ORDERED that the Schedule-of Distribution is APPROVED and shall be entered on the docket by the Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania